1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  DAMALI A. TAYLOR (CABN 262489)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-6753
        damali.taylor@usdoj.gov
8
   Attorneys for the United States of America
9

10                   **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12                        **SAN FRANCISCO DIVISION**

13
   UNITED STATES OF AMERICA            )  CASE NO. CR 15-126 WHA
14                                     )
        v.                             )  **STIPULATION AND** ~~**PROPOSED**~~ **ORDER RE**
15                                     )  **DEFENDANT GRISSETT'S MOTION FOR**
   DOMINIC GABRIEL GRISSETT,           )  **BILL OF PARTICULARS (DOCKET NO. 212)**
16      Defendant.                     )
                                       )
17                                     )
                                       )
18  _____)

19

20

21       The government, represented by Assistant U.S. Attorney Damali Taylor, and Martha Boersch,

22  Esq., counsel for defendant Grissett, hereby stipulate and agree to the following briefing schedule for

23  defendant Grissett's Motion for a Bill of Particulars (Docket No. 212), which is set for hearing on

24  August 19, 2015:

25       United States Opposition Due: August 5, 2015

26       Defense Reply Due: August 12, 2015

27

28

                                                    1

1  IT IS SO STIPULATED.

2                                                              MELINDA HAAG
                                                               UNITED STATES ATTORNEY
3

4                                                              _____/s/_____
5  Dated: July 29, 2015                                        Damali Taylor
                                                               W.S. Wilson Leung
6                                                              Assistant United States Attorneys

7

8
   DATED: July 29, 2015                                        /s/_____
9                                                              MARTHA BOERSCH
                                                               Counsel for Defendant GRISSETT
10

11

12                              [~~PROPOSED~~] ORDER

13

14
   IT IS SO ORDERED.
15
   DATED:  July 29, 2015.                                      _____
16                                                             HON. WILLIAM ALSUP
                                                               UNITED STATES DISTRICT JUDGE
17

2