IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>VLADIMIR HANDL, et. al.,<br><br>    Defendants.<br>                                    / | No. CR 15-00126 WHA<br><br>**ORDER RE MOTIONS TO WAIVE PERSONAL APPEARANCES AT UPCOMING HEARING** |

Defendants Richard Bush and Dominic Grissett have filed unopposed motions to waive their personal appearances at the October 13 hearing (Dkt. Nos. 268, 269). Since these two defendants have attended all prior hearings, their personal appearances will be waived this time. Defendants Bush and Grissett, however, shall appear by telephone, to be arranged by counsel through Courtroom Deputy Dawn Toland. In view of granting the request for this hearing, it will be less likely that future requests to waive appearances will be granted for these defendants.

**IT IS SO ORDERED.**

Dated: September 28, 2015.

                                                    WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE