IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0126 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING SENTENCING** |
| DOMINIC GABRIEL GRISSETT, | |
| Defendant. | |

At sentencing, the Court forgot to say but says now that the motion for downward departure based on minimal role was **GRANTED**.

**IT IS SO ORDERED.**

Dated: September 13, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE