BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
DOMINIC GABRIEL GRISSETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VLADIMIR HANDL, et al.,<br><br>Defendants. | Case No. CR 15-0126 WHA<br><br>[PROPOSED] ORDER WAIVING DEFENDANT GRISSETT'S APPEARANCE AT PROGRESS REPORT HEARING<br><br>Hearing Date: October 3, 2017<br>Time: 2:00 pm |

The Court having duly considered Defendant Dominic Grissett's Request to Waive Appearance at Progress Report Hearing, good cause having been shown, and for the reasons stated in the defendant's motion, IT IS HEREBY ORDERED that Mr. Grissett's appearance at the October 3, 2017, progress report hearing is waived.

IT IS SO ORDERED.

Dated: September 28, 2017

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge